Alton KOENNING, Petitioner,

v.

MANCO CORPORATION et al., Respondents.

No. B–5340.

Supreme Court of Texas.

Dec. 23, 1975.

Rehearing Denied Jan. 28, 1976.

Chase & House, Carl C. Chase, Jr., Corpus Christi, E. B. Grimes, Robstown, for petitioner.

Kleberg, Molley, Lockett & Weil, J. Lev Hunt, Wood, Burney, Nesbitt & Ryan, Allen Wood, Corpus Christi, for respondents.

ON MOTION FOR REHEARING

PER CURIAM.

The motion for rehearing filed by South-Tex Corporation is granted, the action of this court in granting the writ of error and the Per Curiam opinion handed down November 5 are withdrawn, and the application for writ of error is refused, no reversible error.

REAVLEY, J., not sitting.